IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROSA BENTO SILVA ANDERSON A/K/A ROSA BENTO ANDERSON,<br>Defendant. | CASE NO. 1:26-MJ-00132-SAB<br>ORDER UNSEALING COMPLAINT |

Based on the defendant's arrest and appearance in court, the Court finds that there is no longer a need to keep the Complaint under seal. IT IS HEREBY ORDERED that the Complaint in this case pertaining to defendant ROSA BENTO SILVA ANDERSON A/K/A ROSA BENTO ANDERSON be UNSEALED.

IT IS SO ORDERED.

Dated: **October 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge